```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 15-01033-RNO
Salvatore Tolomello                                                 Chapter 13
Jane R. Tolomello
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: MMchugh           Page 1 of 1          Date Rcvd: Jul 28, 2016
                              Form ID: ntcltrdb       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2016.
db/jdb         +Salvatore Tolomello,   Jane R. Tolomello,   21 Fairground Road,   Dallas, PA 18612-9041
4618617        +Luzerne County Tax Claim Bureau,   c/o Northeast Revenue Service,   200 N. River St.,
                 Wilkes-Barre, Pennsylvania 18711-1004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tullio DeLuca    on behalf of Debtor Salvatore  Tolomello tullio.deluca@verizon.net
              Tullio DeLuca    on behalf of Joint Debtor Jane R. Tolomello tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

ntcltrdb 05/13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Salvatore Tolomello<br>dba Sal's Handyman Services, dba Villa Venico<br>Jane R. Tolomello<br>aka Jane Ruth Tolomello, aka Jane Tolomello, dba<br>The Snooty Fox Consignment Shop<br><br>Debtor(s) | Chapter 13<br><br>Case No. 5:15−bk−01033−RNO |

## Notice

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#9) has been filed by the Debtor on behalf of Luzerne County Tax Claim Bureau, c/o Northeast Revenue in the amount of $2,756.80.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: MMchugh |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 28, 2016 |