# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

| | |
|---|---|
| **Salvatore & Jane Tolomello** <br><br> Debtor(s) | Chapter: 13 <br> Case Number: 5-15-01033 |

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

Tullio DeLuca, Esquire

---

hereby certifies that a copy of the attached Notice of Debtor's Motion to Approve Private Sale of Real and Personal Property Free and Clear of All Liens, Charges & Encumbrances was mailed today to all parties named on the mailing list attached hereto by regular first class mail.

DATED: __August 19, 2016__

SIGNED: _/s/ Lenee Henley_

TITLE: __Secretary__

```
IN THE UNITED STATES BANKRUPTCY COURT
   FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```
*******************************************************************

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| SALVATORE TOLOMELLO | |
| d/b/a Sal's Handyman Services | |
| d/b/a Villa Venico and | |
| JANE R. TOLOMELLO | |
| a/k/a Jane Ruth Tolomelo | |
| a/k/a Jane Tolomello | |
| d/b/a The Snooty Fox Consignment Shop | |
| Debtor(s) | CASE NO. 5:15-01033 |

*******************************************************************

| | |
|---|---|
| SALVATORE TOLOMELLO | |
| d/b/a Sal's Handyman Services | |
| d/b/a Villa Venico and | |
| JANE R. TOLOMELLO | |
| a/k/a Jane Ruth Tolomelo | |
| a/k/a Jane Tolomello | |
| d/b/a The Snooty Fox Consignment Shop | |
| Movant | |
| vs. | |
| BANK OF AMERICA HOME LOANS, | |
| LUZERNE COUNTY TAX CLAIM BUREAU, | |
| NORTHEAST REVENUE SERVICE, HOLLY | |
| DAUBERT, TAX COLLECTOR, INTERNAL | |
| REVENUE SERVICE, PA DEPARTMENT OF | |
| REVENUE, | |
| and CHARLES J. DEHART, III, ESQUIRE | |
| Respondents | |

*******************************************************************

### NOTICE OF DEBTOR'S MOTION TO APPROVE PRIVATE SALE OF REAL AND PERSONAL PROPERTY FREE AND CLEAR OF ALL LIENS, CHARGES AND ENCUMBRANCES

*******************************************************************

NOTICE IS HEREBY GIVEN THAT:

Debtors, Salvatore and Jane Tolomello, reside at 21 Fairground Rd., Dallas, PA 18612

and seeks leave to sell real property of the above captioned case located at 21 Fairground Rd.,

Dallas, PA 18612, along with personal property and fixtures to Jonica and Amanda Jovanov, for

the sum of One Hundred Thirty Eight Thousand ($138,000.00) Dollars. The sale is to be free and

clear of all liens, charges and encumbrances, with all valid liens and encumbrances to be paid at time of closing.

The Debtors further request the Court to allow distribution of the proceeds from the sale of real and personal property as follows:

    a. Any out-of-pocket expenses advanced by Tullio DeLuca, Esquire in connection with the sale of the aforementioned property, and which have not been reimbursed at the time of settlement along with an attorney fee of $1,426.00;

    b. Any Notarization and/or incidental recording fees associated with the sale of the above property;

    c. Realtors Commission of 6 % percent;

    d. Any transfer tax which is the responsibility of the seller herein;

    e. Any unpaid real estate taxes and other municipal claims/liens arising from property;

    f. Payment to the holder of the first mortgage lien, Bank of America Home Loans

    g. That any other unpaid liens shall attach to the remaining sale proceeds;

    h. Debtor's exemption if any;

    i. The net sale proceeds in an amount to pay the balance owed to the Chapter 13 Trustee, if any, from the above sale shall be paid to Charles J. DeHart, III, Esq., Chapter 13 Trustee, for distribution to creditors in accordance with the Debtor's confirmed Plan;

The Sale is not subject to higher and better offers.

Any inquiries regarding the sale and/or to request for copies of the motion or a time and date to examine the property prior to the sale, can be made directly to Debtor's Counsel, Tullio DeLuca, Esquire.

Hearing on any Answers or Objections will be heard on September 15, 2016 at 9:30 a.m. at the United States Bankruptcy Court, Courtroom No. 2, 197 South Main Street, Wilkes- Barre, PA 18701. If no objection and request for hearing are timely filed with the Bankruptcy Clerk, 197 South Main Street, Wilkes-Barre, PA 18701 to the sale of the aforementioned real and personal property on the above terms and conditions on or before **September 5, 2016,** the Court may grant the relief requested. If you desire to contest this matter, file a written objection in the form of responsive pleading and request a hearing with a copy to Tullio DeLuca, Esquire at the address below: Any filing must conform to the Rule of Bankruptcy Procedures unless the Court determines otherwise.

Date of Notice: 8/19/16

Tullio DeLuca, Esquire
381 N 9th Street
Scranton, PA 18504
(570) 347-7764

| | | |
|---|---|---|
| Aspen National Collection<br>PO Box 10689<br>Brooksville, FL 34603-0689 | Bank of America, N.A.<br>2380 Performance Dr.<br>Richardson, TX 75082-4333 | Bank of America<br>PO Box 982238<br>El Paso, TX 79998-2238 |
| Bank of America Home Loans<br>Attn: Customer Service<br>Ca6-919-01-41<br>P.O. Box 5170<br>Simi Valley, CA 93062 | Bank of America, N.A.<br>Bankruptcy Department<br>PO Box 26012, NC4-105-02-99<br>Greensboro, North Carolina 27420-6012 | Bank of America, N.A, its assignees<br>and/or<br>c/o Prober & Raphael<br>20750 Ventura Boulevard, Suite 100<br>Woodland Hills, CA 91364-6207 |
| Berkheimer Tax Administrator<br>P.O. Box 25144<br>Lehigh Valley, PA 18002-5144 | CACH, LLC<br>4340 S. Monaco St., 2nd Fl.<br>Denver, CO 80237 | Capital One NA<br>c/o Becket & Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| Chase<br>P.O. Box 15298<br>Wilmington, DE 19850 | City of Wilkes-Barre<br>Sewer Maintenance Fee<br>P.O. Box 1324<br>Wilkes-Barre, PA 18703-1324 | Wilkes-Barre Recycling Fee<br>P.O. Box 1324<br>Wilkes-Barre, PA 18703-1324 |
| City of Wilkes-Barre<br>Tax Office, Room 10<br>40 E. Market St.<br>Wilkes-Barre, PA 18711 | Client Services, Inc.<br>3451 Harry S. Truman Blvd.<br>St. Charles, MO 63301 | Vacation Village at Parkway<br>2949 Arabian Nights Blvd.<br>Kissemmee, FL 34747 |
| Joshua I Goldman<br>KML Law Group, PC<br>701 Market st. Suite 5000<br>Philadelphia, PA 19106-1541 | Internal Revenue Service<br>Special Procedures Branch<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Kohl's<br>P.O. Box 3043<br>Milwaukee, WI 53201-3043 |
| Luzerne County Tax Claim Bureau<br>c/o Northeast Revenue Service<br>200 N. River St.<br>Wilkes-Barre, PA 18711 | Nicole Holton<br>297 Carey Ave.<br>Wilkes-Barre, PA 18702 | Norris Rogers<br>299 Carey Ave.<br>Wilkes-Barre, PA 18702 |
| Wyoming Valley Sanitary Authority<br>P.O. Box 33A<br>1000 Wilkes-Barre Street<br>Wilkes-Barre, PA 18703 | | |