IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:

SALVATORE TOLOMELLO and
JANE TOLOMELLO

Chapter: 13

Case Number: 5-15-01033

DEBTOR(S)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 19, 2016, I served a copy of the Debtor's Motion to Sell Free and Clear of All Liens, Charges and Encumbrances, Notice and Order on the following parties in this matter:

| Name and Address | Mode of Service |
|---|---|
| **All Parties on Attached List** | **All parties served via first class US mail, postage pre-paid** |
| | |
| | |

I certify under penalty of perjury that the foregoing is true and correct.

Date: August 19, 2016

Name: /s/Tullio DeLuca

Address: 381 N. 9th Street
Scranton, PA 18504
570-347-7764