| | | |
|---|---|---|
| CHARLES J. DEHART, III, ESQ.<br>8125 ADAMS DR., SUITE A<br>HUMMELSTOWN, PA 17036 | DAVID HUBBERT, ESQ.<br>CHIEF COUNSEL-CIVIL TRIAL SECTION<br>555 4TH STREET, NW<br>JCB ROOM 6126<br>WASHINGTON, DC 20530 | PETER J. SMITH, ESQ.<br>US ATTORNEY<br>P.O. BOX 309<br>SCRANTON, PA 18501 |
| LORETTA LYNCH<br>U.S. DEPARTMENT OF JUSTICE<br>ATTORNEY GENERAL'S OFFICE<br>950 PENNSYLVANIA AVE., NW<br>WASHINGTON, DC 20330 | ECLEMUS WRIGHT, ESQ.<br>BANKRUPTCY DIVISION CHIEF<br>PA DEPT OF REVENUE<br>BUREAU OF COMPLIANCE<br>P.O. BOX 280946, 7TH FLOOR<br>HARRISBURG, PA 17128 | ANA MARIE B. AMENTA<br>INSOLVENCY SPECIALIST<br>INTERNAL REVENUE SERVICE<br>600 ARCH STREET<br>PHILADELPHIA, PA 19106 |
| BANK OF AMERICA HOME LOANS,<br>PO BOX 5170<br>SIMI VALLEY, CA 93062 | LUZERNE COUNTY TAX CLAIM BUREAU<br>C/O NORTHEAST REVENUE SERVICE<br>15 PUBLIC SQUARE, SUITE 202<br>WILKES-BARRE, PA 18701 | HOLLY DAUBERT, TAX COLLECTOR<br>40 E. MARKET ST., ROOM 10<br>WILKES-BARRE, PA 18711 |