# TULLIO DeLUCA

**ATTORNEY-AT-LAW**
381 N. 9TH STREET
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

August 25, 2016

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

In Re: **Salvatore & Jane Tolomello**
**Chapter 13 Bankruptcy**
**Case No. 5-15-01033**

Dear Sir/Madam:

I have received returned mail for **BANK OF AMERICA HOME LOANS,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: PO BOX 5170 SIMI VALLEY, CA 93062.Please be advised the correct information is as follows.

BANK OF AMERICA HOME LOANS
PO BOX 31785
TAMPA, FL 33631-3785

I served the Notice of Motion to Approve Sale Real & Personal Property at the above address on (August 26, 2016). Please correct the mailing matrix.

Thank you for assistance in this matter.

Very truly yours,

/s/ Tullio DeLuca, Esquire

TD/th