# TULLIO DeLUCA
**ATTORNEY-AT-LAW**
381 N. 9TH STREET
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

September 8, 2016

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

      **RE:**    **Salvatore and Jane Tolomello**
                 **Bankruptcy Case No. 5-15-01033**

Dear Sir/Madam:

Please accept this as my request for one (1) certified copy of the Order Approving Debtor's Motion for Private Sale of Real and Personal Property Free and Clear of All Liens, Charges and Encumbrances, docketed to Number 48 dated September 7, 2016.

Thank you in advance for your assistance and cooperation in this matter.

                      Very truly yours,

                      /s/ Tullio DeLuca

                      Tullio DeLuca, Esquire

TD/lm