```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

```
In re:                                                  Case No. 15-01033-RNO
Salvatore Tolomello                                     Chapter 13
Jane R. Tolomello
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5        User: PRatchfor         Page 1 of 1              Date Rcvd: Sep 07, 2016
                            Form ID: pdf010         Total Noticed: 10
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2016.

```
            +Ann Marie B. Amenta,   Insolvency Specialist,   Internal Revenue Service,   600 Arch Street,
              Philadelphia, PA 19106-1695
            +Bank of America Home Loans,    PO Box 5170,   Simi Valley, CA 93062-5170
            +David Hubbert Esq,   Chief Counsel Civil Trial Section,   555 4th Street, NW,   JCB Room 6126,
              Washington, DC 20530-0001
            +Eclemus Wright Esq,   Bankruptcy Division Chief,   PA Dept of Revenue,   Bureau of Compliance,
              PO Box 280946 7th Floor,   Harrisburg, PA 17128-0946
            +Holly Daubert Tax Collector,   40 E Market Street Room 10,   Wilkes-Barre, PA 18711-0454
            +Loretta Lynch,   US Department of Justice,   Atty General's Office,   950 Pennsylvania Ave NW,
              Washington, DC 20330-0001
            +Luzerne County Tax Claim Bureau,   C/O Northeast Revenue Service,   15 Public Square Suite 202,
              Wilkes-Barre, PA 18701-1703
            +Peter J. Smith Esq,   US Attorney,   PO Box 309,   Scranton, PA 18501-0309
4618606     +Bank of America Home Loans,   Attn: Customer Service,   Ca6-919-01-41,   P.O. Box 5170,
              Simi Valley, California 93062-5170
4618611     +City of Wilkes-Barre,   Tax Office, Room 10,   40 E. Market St.,
              Wilkes-Barre, Pennsylvania 18711-0454
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2016 at the address(es) listed below:
          Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
          Joshua I Goldman   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Tullio DeLuca   on behalf of Debtor Salvatore  Tolomello tullio.deluca@verizon.net
          Tullio DeLuca   on behalf of Joint Debtor Jane R. Tolomello tullio.deluca@verizon.net
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                        TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*****************************************************************************

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| SALVATORE TOLOMELLO | : | |
| d/b/a Sal's Handyman Services | : | |
| d/b/a Villa Venico and | : | |
| JANE R. TOLOMELLO | : | |
| a/k/a Jane Ruth Tolomelo | : | |
| a/k/a Jane Tolomello | : | |
| d/b/a The Snooty Fox Consignment Shop | : | |
| | : | |
| Debtor(s) | : | CASE NO. 5:15-01033 |

*****************************************************************************

| | | |
|---|---|---|
| SALVATORE TOLOMELLO | : | |
| d/b/a Sal's Handyman Services | : | |
| d/b/a Villa Venico and | : | |
| JANE R. TOLOMELLO | : | |
| a/k/a Jane Ruth Tolomelo | : | |
| a/k/a Jane Tolomello | : | |
| d/b/a The Snooty Fox Consignment Shop | : | |
| Movant | : | |
| vs. | : | |
| | : | |
| BANK OF AMERICA HOME LOANS, | : | |
| LUZERNE COUNTY TAX CLAIM BUREAU, | : | |
| NORTHEAST REVENUE SERVICE, HOLLY | : | |
| DAUBERT, TAX COLLECTOR, INTERNAL | : | |
| REVENUE SERVICE, PA DEPARTMENT OF | : | |
| REVENUE, | : | |
| and CHARLES J. DEHART, III, ESQUIRE | : | |
| Respondents | : | |

*****************************************************************************
### ORDER GRANTING DEBTORS' MOTION FOR PRIVATE SALE OF REAL AND PERSONAL PROPERTY FREE AND CLEAR OF ALL LIENS, CHARGES AND ENCUMBRANCES
*****************************************************************************

Upon consideration of the within Motion and after Notice duly given to the Creditors and

other parties in interest, the Debtors, Salvatore and Jane Tolomello, are hereby granted leave to sell

real property located at 21 Fairground Rd., Dallas, PA 18612 along with personal property and

fixtures to Jonica and Amanda Jovanov, for the sum of One Hundred Thirty Eight Thousand

($138,000.00) Dollars.  All valid liens and encumbrances to attach to the proceeds of said sale,

except the encumbrances of outstanding real estate taxes.

Further, the Debtors are granted leave to allow distribution of the proceeds of the sale at closing as follows:

a. Any out-of-pocket expenses advanced by Tullio DeLuca, Esquire in connection with the sale of the aforementioned property, and which have not been reimbursed at the time of settlement along with an attorney fee of $1,426.00;

b. Any Notarization and/or incidental recording fees associated with the sale of the above property;

c. Realtors Commission of   6 % percent;

d. Any transfer tax which is the responsibility of the seller herein;

e. Any unpaid real estate taxes and other municipal claims/liens arising from property;

f. Payment to the holder of the first mortgage lien, Bank of America Home Loans

g. That any other unpaid liens shall attach to the remaining sale proceeds;

h. Debtor's  exemption if any;

i. The net sale proceeds in an amount to pay the balance owed to the Chapter 13 Trustee, if any, from the above sale shall be paid to Charles J. DeHart, III, Esq., Chapter 13 Trustee, for distribution to creditors in accordance with the Debtor's confirmed Plan;;

Further, the Debtors are allowed to escrow funds at closing for a potential capital tax gain liability.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: September 7, 2016