Certificate Number: 03088-PAM-DE-029808366

Bankruptcy Case Number: 15-01033



03088-PAM-DE-029808366

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 30, 2017, at 2:37 o'clock PM CDT, SALVATORE TOLOMELLO completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 30, 2017   By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor