Certificate Number: 03088-PAM-DE-029808365

Bankruptcy Case Number: 15-01033



03088-PAM-DE-029808365

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 30, 2017</u>, at <u>2:37</u> o'clock <u>PM CDT</u>, <u>Jane R. Tolomello</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>August 30, 2017</u>

By: <u>/s/Doug Tonne</u>

Name: <u>Doug Tonne</u>

Title: <u>Counselor</u>