**From:** USBankruptcyCourts <USBankruptcyCourts@noticingcenter.com>
**To:** tullio.deluca <tullio.deluca@verizon.net>
**Subject:** U.S. Bankruptcy Court, Middle District of Pennsylvania - Returned Mail Notice, In re: Salvatore Tolomello, Case Number: 15-01033, JJT, Ref: [p-114090622]
**Date:** Tue, Oct 31, 2017 4:38 pm
**Attachments:** R_P51501033fnldec0306.PDF (100K)

---

Notice of Returned Mail to Debtor/Debtor's Attorney

October 31, 2017

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

    In re: Salvatore Tolomello, Case Number 15-01033, JJT

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

NOTE: THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by the court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>**U.S. Bankruptcy Court**
**274 Max Rosenn U.S. Courthouse**
**197 South Main Street**
**Wilkes-Barre, PA 18701**</u>

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Salvatore Tolomello
21 Fairground Road
Dallas, PA 18612-9041

THE UPDATED ADDRESS IS:

11 ANthracite Street
Wilkes-barre PA 18702

_____          11/1/17
Signature of Debtor or Debtor's Attorney          Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.